# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TIMOTHY RAY RAINWATER** | : | **DOCKET NO. 2:04-cv-989** |
| **VS.** | : | **JUDGE MINALDI** |
| **WARDEN, WEST CARROLL DETENTION CENTER** | : | **MAGISTRATE JUDGE WILSON** |

## O R D E R

The court is currently in receipt of a letter from *pro se* petitioner, Timothy Ray Rainwater. In this letter, the petitioner indicates that the undersigned informed him that he "had one year to put this case back in court", and he requests clarification regarding whether he should await a decision from the Louisiana Supreme Court before filing a second petition for writ of *habeas corpus* in this court or whether he must file his second petition within one year of the prior dismissal. The court will construe this letter as a Motion for Clarification.

A review of the Report and Recommendation which was issued in this case reveals that the undersigned **did not** indicate that petitioner would be able to return to federal court once he completely exhausted the available state court remedies. In fact, petitioner's federal *habeas* petition was dismissed **with prejudice** due to the fact that his federal claims were already prescribed at the time of his prior filing in this court. Accordingly, it appears that any subsequent filing will also be untimely.

THE CLERK OF COURT IS DIRECTED to file this letter in the record as a "Motion for Clarification."

IT IS ORDERED that this motion be GRANTED to the extent that the petitioner has been provided with the above information. Otherwise the motion is DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22nd day of July, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE